EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

J. MICHAEL SEABRIGHT #3753
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: mike.seabright@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR03-00202 HG |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | [21 U.S.C. § 841(a)(1) and (b)(1)(A)] |
| MELVIN H. MOISA, | ) | |
| Defendant. | ) | |

I N D I C T M E N T

The Grand Jury charges that:

On or about April 18, 2003, in the District of Hawaii, defendant MELVIN H. MOISA knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine,

its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

DATED: April 30, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

UNITED STATES v. MOISA; Cr. No. _____; "INDICTMENT"